◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JIMMIE NIEVES, Appellant. — Appeal by defendant from an order of the Supreme Court, Queens County (Lonschein, J.), dated August 26, 1980, which denied his motion, pursuant to subdivision a of section 60.09 of the Penal Law, to be resentenced. Appeal dismissed. No appeal lies from an order denying a motion for resentence pursuant to section 60.09 of the Penal Law (see *People v De Jesus,* 54 NY2d 447). Mangano, J. P., Weinstein, Brown and Niehoff, JJ., concur.